**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MICHAEL S. MAPLES, #M9516**                                          **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 4:06cv108TSL-JCS**

**LAUDERDALE COUNTY DETENTION FACILITY, et al.**              **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   21st   day of November, 2006.

                                         /s/Tom S. Lee
                                         UNITED STATES DISTRICT JUDGE